AO 458 (Rev. 10/95) Appearance                File No. 20182-KMO/KSP

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| JAMIE BIGHAM,                                )  |   |
|                         Plaintiff,  )  | **APPEARANCE** |
| v.                                          )  |   |
| CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT #4; UNIT #4 SCHOOL BOARD OF EDUCATION; CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT #4 FAMILY INFORMATION CENTER; ARTHUR R. CULVER, Superintendent of Champaign Community Unit School District #4, in his official capacity; JOE WILLIAMS, Principal of Champaign Community Unit School District #4 Edison Middle School, in his official capacity; DEDRICK MARTIN, Director of Equity and Achievement for Champaign Community Unit School District #4, in his official capacity; DORLAND NORRIS, Deputy Superintendent of Curriculum Design, Educational Services and Equity for Champaign Community Unit School District #4, in her official capacity; GAYLE GRIFFIN, an employee of Champaign Community Unit School District #4, in her official capacity; JAMES HARDEN, an employee of Champaign Community Unit School District #4, in his official Capacity; HATTIE PAULK, Director of the Family Information Center for Champaign Community Unit School District #4, in her official capacity and individually; and other AS-YET UNKNOWN CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT #4 OFFICIALS AND EMPLOYEES, ) | No. 06-CV-2156<br><br>Judge Michael P. McCuskey<br><br>Magistrate David G. Bernthal |
|                         Defendants.  )  |   |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Defendants, CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT #4, UNIT #4 SCHOOL BOARD OF EDUCATION, CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT #4 FAMILY INFORMATION CENTER, ARTHUR R. CULVER, JOE WILLIAMS, DEDRICK MARTIN, DORLAND NORRIS, GAYLE GRIFFIN, and HATTIE PAULK.

I certify that I am admitted to practice in this court.

October 19, 2006  
**Date**

_s/ Kevin M. O'Hagan___ _____  
**Signature**

Kevin M. O'Hagan        6211446  
**Print Name            Bar Number**

55 W. Wacker Drive,    Ste. 1400  
**Address**

Chicago         IL         60601  
**City          State       Zip Code**

(312)422-6100      (312)422-6110  
**Phone Number     Fax Number**