AO 458 (Rev. 10/95) Appearance                                    File No.  20182-KMO/KSP

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| JAMIE BIGHAM,                                  ) | |
|                               Plaintiff,           ) | **APPEARANCE** |
|                   v.                                  ) | |
| CHAMPAIGN COMMUNITY UNIT SCHOOL         ) | |
| DISTRICT #4; UNIT #4 SCHOOL BOARD OF     ) | No. 06-CV-2156 |
| EDUCATION; CHAMPAIGN COMMUNITY         ) | |
| UNIT SCHOOL DISTRICT #4 FAMILY           ) | Judge Michael P. McCuskey |
| INFORMATION CENTER;  ARTHUR R.          ) | |
| CULVER, Superintendent of Champaign       ) | Magistrate David G. Bernthal |
| Community Unit School District #4, in his official ) | |
| capacity; JOE WILLIAMS, Principal of         ) | |
| Champaign Community Unit School District #4  ) | |
| Edison Middle School, in his official capacity;  ) | |
| DEDRICK MARTIN, Director of Equity and    ) | |
| Achievement for Champaign Community Unit   ) | |
| School District #4, in his official capacity;    ) | |
| DORLAND NORRIS, Deputy Superintendent of   ) | |
| Curriculum Design, Educational Services and   ) | |
| Equity for Champaign Community Unit School  ) | |
| District #4, in her official capacity; GAYLE    ) | |
| GRIFFIN, an employee of Champaign Community ) | |
| Unit School District #4, in her official capacity;  ) | |
| JAMES HARDEN, an employee of Champaign    ) | |
| Community Unit School District #4, in his official ) | |
| Capacity; HATTIE PAULK, Director of the Family ) | |
| Information Center for Champaign Community   ) | |
| Unit School District #4, in her official capacity  ) | |
| and individually; and other AS-YET UNKNOWN  ) | |
| CHAMPAIGN COMMUNITY UNIT SCHOOL    ) | |
| DISTRICT #4 OFFICIALS AND EMPLOYEES, ) | |
|                             Defendants.         ) | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Defendants, CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT #4, UNIT #4 SCHOOL BOARD OF EDUCATION, CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT #4 FAMILY INFORMATION CENTER, ARTHUR R. CULVER, JOE WILLIAMS, DEDRICK MARTIN, DORLAND NORRIS, GAYLE GRIFFIN, and HATTIE PAULK.

I certify that I am admitted to practice in this court.

| October 23, 2006 | _s/ Kristine S. Phillips |
|---|---|
| **Date** | **Signature** |
| | Kristine S. Phillips    6273374 |
| | **Print Name**         **Bar Number** |
| | 55 W. Wacker Drive,    Ste. 1400 |
| | **Address** |
| | Chicago     IL    60601 |
| | **City**    **State**    **Zip Code** |
| | (312)422-6100    (312)422-6110 |
| | **Phone Number**    **Fax Number** |