#20182/KSP

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| JAMIE BIGHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHAMPAIGN COMMUNITY UNIT SCHOOL )<br>DISTRICT #4; UNIT #4 SCHOOL BOARD OF )<br>EDUCATION; CHAMPAIGN COMMUNITY )<br>UNIT SCHOOL DISTRICT #4 FAMILY )<br>INFORMATION CENTER;  ARTHUR R. )<br>CULVER, Superintendent of Champaign )<br>Community Unit School District #4, in his official )<br>capacity; JOE WILLIAMS, Principal of )<br>Champaign Community Unit School District #4 )<br>Edison Middle School, in his official capacity; )<br>DEDRICK MARTIN, Director of Equity and )<br>Achievement for Champaign Community Unit )<br>School District #4, in his official capacity; )<br>DORLAND NORRIS, Deputy Superintendent of )<br>Curriculum Design, Educational Services and )<br>Equity for Champaign Community Unit School )<br>District #4, in her official capacity; GAYLE )<br>GRIFFIN, an employee of Champaign Community )<br>Unit School District #4, in her official capacity; )<br>JAMES HARDEN, an employee of Champaign )<br>Community Unit School District #4, in his official )<br>Capacity; HATTIE PAULK, Director of the Family )<br>Information Center for Champaign Community )<br>Unit School District #4, in her official capacity )<br>and individually; and other AS-YET UNKNOWN )<br>CHAMPAIGN COMMUNITY UNIT SCHOOL )<br>DISTRICT #4 OFFICIALS AND EMPLOYEES, )<br>)<br>Defendants. ) | No. 06-CV-2156<br><br>Judge Michael P. McCuskey<br><br>Magistrate David G. Bernthal |

**DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS**

The Defendants, CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT #4, UNIT #4 SCHOOL BOARD OF EDUCATION, CHAMPAIGN COMMUNITY UNIT SCHOOL

1

DISTRICT #4 FAMILY INFORMATION CENTER, ARTHUR R. CULVER, Superintendent of Champaign Community Unit School District #4, in his official capacity, JOE WILLIAMS, Principal of Champaign Community Unit School District #4, Edison Middle School, in his official capacity, DEDRICK MARTIN, Director of Equity and Achievement for Champaign Community Unit School District #4, in his official capacity, DORLAND NORRIS, Deputy Superintendent of Curriculum Design, Educational Services and Equity for Champaign Community Unit School District #4, in her official capacity, GAYLE GRIFFIN, an employee of Champaign Community Unit School District #4, in her official capacity, JAMES HARDEN, an employee of Champaign Community Unit School District #4, in his official capacity, and HATTIE PAULK, Director of the Family Information Center, in her official capacity and Individually, through their attorneys, Kevin M. O'Hagan and Kristine S. Phillips of O'HAGAN SPENCER, LLC., move this Court for partial dismissal of the Complaint by Plaintiff, JAMIE BIGHAM, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for the reasons set forth in the Defendants' Memorandum of Law In Support of Motion To Dismiss.

Dated:  October 23, 2006               Respectfully Submitted:

                                        By:    s/ Kristine S. Phillips
                                        Kevin M. O'Hagan (ARDC #6211446)
                                        Kristine S. Phillips (ARDC #6273374)
                                        Attorneys for Defendant Movants
                                        O'HAGAN SPENCER, LLC.
                                        55 W. Wacker, Suite 1400
                                        Chicago, Illinois 60601
                                        Telephone:    312.422.6126
                                        Facsimile:    312.422.6110
                                        E-mail: kphillips@ohaganspencer.com

**CERTIFICATE OF SERV ICE**

      I hereby certify that on **October 23, 2006,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                Elizabeth A. Bleakley
                elizabeth@bleakleylawoffice.com
                elizabeth@bleakleyandassociates.com

              By:  s/ Kristine S. Phillips
                    Kevin M. O'Hagan (ARDC #6211446)
                    Kristine S. Phillips (ARDC #6273374)
                    Attorneys for Defendant Movants
                    O'HAGAN SPENCER, LLC.
                    55 W. Wacker, Suite 1400
                    Chicago, Illinois 60601
                    Telephone:   312.422.6126
                    Facsimile:    312.422.6110
                    E-mail: kphillips@ohaganspencer.com