# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | | |
|---|---|---|
| JAMIE BIGHAM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-CV-2156 |
| | ) | |
| CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT #4, et al. | ) ) | Judge Michael P. McCuskey |
| | ) | Magistrate David G. Bernthal |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2006, I electronically filed Plaintiff's Response to Defendants' Motion to Dismiss Counts I, II, III, VI, VII, VIII, and IX of the Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin M O'Hagan kohagan@ohaganspencer.com, kohagan@yahoo.com and Kristine S. Phillips kphillips@ohaganspencer.com .

RESPECTFULLY SUBMITTED:

s/Elizabeth A Bleakley
Elizabeth A. Bleakley (ARDC #6285765)
Attorney for Plaintiff
The Law Office of
Elizabeth A. Bleakley, LLC
70 West Madison
Suite 1400
Chicago, Illinois 60602
Telephone: (312) 214-3171
Fax: (312) 214-3110
email: elizabeth@bleakleylawoffice.com