UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| JAMIE BIGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHAMPAIGN COMMUNITY UNIT SCHOOL ) | |
| DISTRICT # 4; UNIT # 4 SCHOOL BOARD ) | |
| OF EDUCATION; CHAMPAIGN COMMUNITY ) | |
| UNIT SCHOOL DISTRICT # 4 FAMILY ) | |
| INFORMATION CENTER; ARTHUR R. ) | |
| CULVER, Superintendent of Champaign ) | Case No.: 06-CV-2156 |
| Community Unit School District # 4, in his official ) | |
| capacity; JOE WILLIAMS, Principal of ) | |
| Champaign Community Unit School District # 4, ) | |
| Edison Middle School, in his official capacity; ) | |
| DEDRICK MARTIN, Director of Equity and ) | |
| Achievement for Champaign Community Unit ) | |
| School District #4, in his official capacity; ) | |
| DORLAND NORRIS, Deputy Superintendent of ) | |
| Curriculum Design, Educational Services and ) | |
| Equity for Champaign Community Unit School ) | |
| District # 4, in her official capacity; GAYLE ) | |
| GRIFFIN, an employee of Champaign Community ) | |
| Unit School District # 4, in her official capacity; ) | |
| JAMES HARDEN, an employee of Champaign ) | |
| Community Unit School District # 4, in his official ) | |
| capacity; HATTIE PAULK, Director of the Family ) | |
| Information Center for Champaign Community ) | |
| Unit School District # 4,  in her official capacity ) | |
| and individually; and other AS-YET UNKNOWN ) | |
| CHAMPAIGN COMMUNITY UNIT SCHOOL ) | |
| DISTRICT #4 OFFICIALS AND EMPLOYEES, ) | |
| ) | |
| Defendants. ) | |

**REPORT OF RULE 26(f) PLANNING MEETING**

Plaintiff being represented by <u>Elizabeth A. Bleakley</u> and Defendant being represented by <u>Kevin M. O'Hagan and Kristine S. Phillips,</u>  counsel conferred on <u>November 13, 2006</u>     for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon.

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by <u>November 27, 2006;</u>

2. The deadline for amendment of pleadings is <u>  August 12, 2007;</u>

3. The deadline for joining additional parties is <u>  August 12, 2007;</u>

4. Plaintiff shall disclose experts and provide expert reports by <u> May 14, 2007;</u>

    Plaintiff shall make any such experts available for deposition by <u> June 25, 2007;</u>

5. Defendant shall disclose experts and provide expert reports by <u>  July 25, 2007;</u>

    Defendant shall make any such experts available for deposition by <u>September 5, 2007;</u>

6. Discovery shall be modified as follows:
   (Use this space to add additional discovery limitations or deadlines.)

7. All discovery, including deposition of experts, is to be completed by <u> October 12, 2007;</u>

8. The deadline for filing case dispositive motions shall be <u> November 12, 2007;</u>

<u>James Bigham         </u>, Plaintiff           <u>Champaign Community Unit School District #4, et al.</u> - Defendants

BY: <u>  s/Elizabeth A. Bleakley            </u>          BY: <u>  s/Kristine S. Phillips           </u>
Elizabeth A. Bleakley (ARDC #6285765)              Kevin M. O'Hagan (ARDC #6211446)
Attorney for Plaintiff                             Kristine S. Phillips (ARDC #6273374)
The Law Office of                                  Attorneys for Defendants
Elizabeth A. Bleakley, LLC                         O'HAGAN SPENCER, LLC.
70 West Madison                                    55 W. Wacker, Suite 1400
Suite 1400                                         Chicago, Illinois 60601
Chicago, Illinois 60602                            Telephone:   312.422.6126
Telephone: (312) 214-3171                          Facsimile:   312.422.6110
Fax: (312) 214-3110                                E-mail: <u>kphillips@ohaganspencer.com</u>
email: <u>elizabeth@bleakleylawoffice.com</u>         E-mail: <u>kohagan@ohaganspencer.com</u>

**The following Order area** : **should be left blank for completion by the Court.**

# **O R D E R**

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before
_____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before
_____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before
_____ on _____ **(Case No. \_\_\_).**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2006, after confirming that the contents of this document are acceptable to all persons required to sign the document and obtaining the electronic signatures of all persons on the document, I electronically filed the foregoing Report of Rule 26(f) Planning Meeting and proposed Order, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: kphillips@ohaganspencer.com and kohagan@ohaganspencer.com .

BY:   s/Elizabeth A. Bleakley
Elizabeth A. Bleakley (ARDC #6285765)
Attorney for Plaintiff
The Law Office of
Elizabeth A. Bleakley, LLC
70 West Madison
Suite 1400
Chicago, Illinois 60602
Telephone: (312) 214-3171
Fax: (312) 214-3110
email: elizabeth@bleakleylawoffice.com